1  BENJAMIN B. WAGNER
   United States Attorney
2  DANIEL S. McCONKIE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2725



FILED

JUN 13 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>[SEALED] | S.W. NO. 11-sw-257 KJN<br><br>ORDER RE: REQUEST TO SEAL SEARCH WARRANT DOCUMENTS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the following documents in the above-captioned proceeding:

  a.  search warrant (and all attachments),
  b.  applications for search warrant,
  c.  search warrant affidavit, and
  d.  Request to Seal Documents,

be filed under seal and not be disclosed to any person unless

///
///

1

1  otherwise ordered by this Court, except that a copy of the search
2  warrant will be left at the scene of the search.
3  Date: June 13th, 2011

KENDALL J. NEWMAN
United States Magistrate Judge