

FILED
FEB 0 5 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  ROSS K. NAUGHTON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE SEARCH OF:         CASE NO. 2:11-SW-257 KJN
12 | Parcel of Real Property #025-260-021-000
   | Woodland, CA 95695                       ORDER TO UNSEAL SEARCH WARRANT AND
13 |                                          SEARCH WARRANT AFFIDAVIT
14
15

16     The government's request to unseal the Search Warrant, Search Warrant Affidavit, and this case
17 is GRANTED.

18
19 Dated: February 5, 2016                    _____
20                                            HON. CAROLYN K. DELANEY
                                              U.S. Magistrate Judge